

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Stanton Wayne Yates, Appellant

No. 06-16-00009-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1525082). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the fee assessment against Stanton Wayne Yates for the costs of his court-appointed attorney. As modified, the judgment of the trial court is affirmed.

      We note that the appellant, Stanton Wayne Yates, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk